**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts **Category No.** II **Investigating Agency** DEA

**City** Boston/Norfolk

**County** Suffolk/Norfolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant x

Magistrate Judge Case Number ______

Search Warrant Case Number See Attachment

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ______ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Timothy Hearns Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Tooly, Toolman

Address: ______

Birth date (Yr only): 1990 SSN (last 4#): 4681 Sex: M Race B Nationality: ______

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: Fred M. Wyshak III, John Dawley Bar Number if applicable: ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: English

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:** Dept of Corrections - MCI Souza Baronowski

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______.

☑ Already in State Custody at Dept of Corrections - Souza Baronowski ☑ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/21/2024 Signature of AUSA: Fred M. Wyshak, III

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Timothy Hearns

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute PCP, MDMB-4en-PINACA, and ADB-4en-PINACA | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

22-MJ-6102-MPK
22-MJ-6103-MPK
22-MJ-6131-MPK
22-MJ-6132-MPK
22-MJ-6193-MPK
22-MJ-6201-MPK
22-MJ-6202-MPK
22-MJ-6291-MPK
23-MJ-6109-MPK
23-MJ-6114-MPK
23-MJ-6115-MPK
23-MJ-6432-MPK
23-MJ-6505-MPK
23-MJ-6596-MPK

22-MJ-8045-PGL
22-MJ-8046-PGL
22-MJ-8047-PGL
22-MJ-8048-PGL
22-MJ-8049-PGL
22-MJ-8050-PGL
22-MJ-8051-PGL
22-MJ-8052-PGL

23-MJ-1345-DLC

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts **Category No.** II **Investigating Agency** DEA

**City** Boston/Norfolk

**County** Suffolk/Norfolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant x

Magistrate Judge Case Number ______

Search Warrant Case Number See Attachment

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ______ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Robert Heckstall Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Ribbs, Buck, Buck Corleone

Address: 2565 WASHINGTON ST #515, ROXBURY, MA

Birth date (Yr only): 1983 SSN (last 4#): 1898 Sex: M Race B Nationality: ______

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: Fred M. Wyshak III, John Dawley Bar Number if applicable: ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: English

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ______

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______ .

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/21/2024 Signature of AUSA: *Fred M. Wyshak, III*

**District Court Case Number** (To be filled in by deputy clerk): ____________________

**Name of Defendant** Robert Heckstall, a/k/a "Ribbs," a/k/a "Buck," a/k/a "Buck Corleone"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute PCP, MDMB-4en-PINACA, and ADB-4en-PINACA | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

22-MJ-6102-MPK
22-MJ-6103-MPK
22-MJ-6131-MPK
22-MJ-6132-MPK
22-MJ-6193-MPK
22-MJ-6201-MPK
22-MJ-6202-MPK
22-MJ-6291-MPK
23-MJ-6109-MPK
23-MJ-6114-MPK
23-MJ-6115-MPK
23-MJ-6432-MPK
23-MJ-6505-MPK
23-MJ-6596-MPK

22-MJ-8045-PGL
22-MJ-8046-PGL
22-MJ-8047-PGL
22-MJ-8048-PGL
22-MJ-8049-PGL
22-MJ-8050-PGL
22-MJ-8051-PGL
22-MJ-8052-PGL

23-MJ-1345-DLC

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts **Category No.** II **Investigating Agency** DEA

**City** Boston/Norfolk

**County** Suffolk/Norfolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant x

Magistrate Judge Case Number ______

Search Warrant Case Number See Attachment

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ______ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Dominique Carpenter-Grady Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: 8 Zipp, Eight, Eighty

Address: ______

Birth date (Yr only): 1989 SSN (last 4#): 6015 Sex: M Race B Nationality: ______

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: Fred M. Wyshak III, John Dawley Bar Number if applicable: ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: English

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:** ______

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______.

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/21/2024 Signature of AUSA: Fred M. Wyshak, III

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______________________

**Name of Defendant** Dominique Carpenter-Grady, a/k/a "8 Zipp," a/k/a "Eight," a/k/a "Eighty"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute PCP, MDMB-4en-PINACA, and ADB-4en-PINACA | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

22-MJ-6102-MPK
22-MJ-6103-MPK
22-MJ-6131-MPK
22-MJ-6132-MPK
22-MJ-6193-MPK
22-MJ-6201-MPK
22-MJ-6202-MPK
22-MJ-6291-MPK
23-MJ-6109-MPK
23-MJ-6114-MPK
23-MJ-6115-MPK
23-MJ-6432-MPK
23-MJ-6505-MPK
23-MJ-6596-MPK

22-MJ-8045-PGL
22-MJ-8046-PGL
22-MJ-8047-PGL
22-MJ-8048-PGL
22-MJ-8049-PGL
22-MJ-8050-PGL
22-MJ-8051-PGL
22-MJ-8052-PGL

23-MJ-1345-DLC